UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHILDRESS,

    Plaintiff,

                                                                        Case No. 10-14711

v.

                                                                        Paul D. Borman
                                                                        United States District Judge

SPECIAL AGENT WOOD,
UNITED STATES SECRET SERVICE,                    Charles E. Binder
                                                                       United States Magistrate Judge

    Defendant.

_____/

## OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) *SUA SPONTE* DISMISSING THE CASE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Before the Court is Magistrate Judge Charles E. Binder's Report and Recommendation dismissing the case pursuant to 28 U.S.C. §§ 1915A(b), 1915e(2)(B), and 42 U.S.C. § 1997e(c)(1). (Dkt. No. 7).

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DISMISSES** this case *sua sponte*, pursuant to 28 U.S.C. §§ 1915A(b), 1915e(2)(B), and 42 U.S.C. § 1997e(c)(1), for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

                                                                   S/Paul D. Borman
                                                                   PAUL D. BORMAN
                                                                   UNITED STATES DISTRICT JUDGE

Dated: March 14, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on Robert Childress 365065, MOUND CORRECTIONAL FACILITY, 17601 MOUND ROAD, DETROIT, MI 48212 on March 14, 2011.

                                            S/Denise Goodine
                                            Case Manager